UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MAURICE GRAY,

      Plaintiff,

v.                                 Case No. 4:20cv96-MW-HTC

LT. JACOBS, et al.,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

On February 13, 2020, Plaintiff, proceeding *pro se*, initiated this action by filing a document titled "Order to Show Cause for a Preliminary Injunction and Temporary Restraining Order." ECF Doc. 1. The filing was neither on the Court's required forms for filing a complaint nor accompanied by either a filing fee or a motion to proceed *in forma pauperis*. On February 24, 2020, the Court entered an order (1) explaining that Plaintiff has not set forth sufficient facts to show he is entitled to the requested relief and (2) directing Plaintiff to file both an amended complaint and either a complete application to proceed *in forma pauperis* or the full filing fee within thirty (30) days. ECF Doc. 3. Plaintiff did not timely comply with the Court's order. Thus, on April 1, 2020, the Court entered a show cause order giving Plaintiff an additional fourteen (14) days to comply with the Court's February

24 Order and informing Plaintiff that failure to respond may result in a recommendation that his case be dismissed without further notice. ECF Doc. 4.

More than fourteen (14) days have passed, and Plaintiff has neither complied with the February 24 Order nor responded to the April 1 Order to Show Cause. Additionally, more than two (2) months have passed since Plaintiff initiated this action without the payment of a filing fee or the filing of a motion to proceed *in forma pauperis*.

Accordingly, it is respectfully RECOMMENDED that:

1.    This case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute, failure to comply with Court orders, and failure to state a claim.

2.    The clerk be directed to close the file.

At Pensacola, Florida, this 23rd day of April, 2020.

*/s/ Hope Thai Cannon*

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control. A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.