# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MAURICE GRAY,**

   *Plaintiff*,

v.                                              CASE NO.:  4:20cv96-MW/HTC

**LT. JACOBS, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute, failure to comply with Court orders, and failure to state a claim." The Clerk shall also close the file.

**SO ORDERED on May 26, 2020.**

                                   s/Mark E. Walker_____
                                   **Chief United States District Judge**